# CASES REPORTED WITH BRIEF SYLLABI

AND

# DECISIONS HANDED DOWN WITHOUT OPINION.

SECOND DEPARTMENT, JANUARY, 1908.

HENRY J. PASE, Appellant, *v.* THE WOODSIDE HEIGHTS LAND CORPORATION, Respondent.

*New trial — assumed to be granted on exceptions — negligence — erroneous charge as to extraordinary care.*

Appeal by the plaintiff from an order of the Municipal Court of the city of New York, borough of Queens, dated the 17th day of January, 1907, setting aside the verdict of the jury.

JENKS, J. : The court upon the rendition of the verdict set it aside and ordered a new trial. It must be assumed that the order was made upon the exceptions. (Rule 31, Supreme Court; Mun. Ct. Act, § 20.)* I think that the order was right, inasmuch as the learned Municipal Court charged the jury that the defendant was bound to use extraordinary care, which is not the rule. Hooker, Gaynor, Rich and Miller, JJ., concurred. Order of the Municipal Court affirmed, with costs.

---

*See General Rules of Practice, rule 31; Mun. Ct. Act (Laws of 1902, chap. 580), § 20.—[REP.